**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 98-529**

―――――――――

In Re: DAVID LEE CARR,

                                        Petitioner.

―――――――――

On Petition for Writ of Mandamus.  (CA-97-680)

―――――――――

Submitted:  May 14, 1998            Decided:  June 2, 1998

―――――――――

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

―――――――――

Petition denied by unpublished per curiam opinion.

―――――――――

David Lee Carr, Petitioner Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Lee Carr, a West Virginia inmate, filed a document entitled a "writ of mandamus or writ of prohibition, or interlocutory appeal." He seeks a declaration from this court regarding, inter alia, the constitutionality of certain federal statutes, the legality of common law liens in West Virginia, whether pro se inmates are entitled to discovery, and whether the West Virginia Attorney General can represent certain officials. Carr also seeks an order permitting him to file and serve common law liens in West Virginia, to disqualify the Attorney General as counsel in a civil case, and to order discovery in a civil action Carr has filed. However, Carr failed to establish that he has a clear right to the relief sought, that the court has a clear duty to perform the act requested, and that no other adequate remedy is available. See In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Furthermore, Carr failed to establish that he is challenging an appealable interlocutory or collateral order over which this court has jurisdiction. See 28 U.S.C. § 1292 (1994). Accordingly, we deny Carr's petition for a "writ of mandamus or prohibition or interlocutory appeal." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED